**ORIGINAL**

DAVID B. ROSEN (Attorney ID No. 7152-0)
PITE DUNCAN, LLP
810 Richards Street, Suite 880
Honolulu, HI 96813
Ph.: (808) 523-9393
Fax: (808) 523-9595
E-mail: RosenLaw@hawaii.rr.com

DAVID E. McALLISTER (Attorney ID No. 7660)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17935
San Diego, CA 92177-0935
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
E-mail: dmcallister@piteduncan.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 11 2010

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

**LODGED**

MAY 10 2010

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

Attorneys for Defendants AURORA LOAN SERVICES LLC and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., erroneously named as MORTGAGE ELECTRONIC REGISTRATION GROUP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACK DENNIS CONROW, SR.,<br><br>Plaintiff,<br><br>v.<br><br>MIRAD FINANCIAL GROUP, MORTGAGE ELECTRONIC REGISTRATION GROUP, AURORA LOAN SERVICES LLC, JOHN DOES 1-9, JANE DOES 1-9, DOE PARTNERSHIPS 1-9, DOE CORPORATIONS 1-9, DOE LIMITED LIABILITY COMPANIES 1-9, DOE ENTITIES 1-9, and DOE | CIVIL NO. CV09-00492DAE-KSC<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE; CERTIFICATE OF SERVICE |

- 1 -

| GOVERNMENTAL ENTITIES 1-9, |
| --- |
| Defendant. |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and among Plaintiff JACK DENNIS CONROW, SR., and Defendants AURORA LOAN SERVICES LLC and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., erroneously named as MORTGAGE ELECTRONIC REGISTRATION GROUP, by and through their undersigned counsel, that this action be dismissed with prejudice and that all claims asserted herein or which could have been asserted herein be and are dismissed with prejudice.

This Stipulation for Dismissal with Prejudice is made pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure and has been executed by all parties that have appeared in the action.

DATED:   Honolulu, Hawaii, May 7, 2010

_____
TERRY G. OPPERMANN
Attorneys for Plaintiff
JACK DENNIS CONROW

DATED: Honolulu, Hawaii, May 10, 2010

_____
DAVID B. ROSEN
Attorney for Defendants
AURORA LOAN SERVICES LLC and
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC., erroneously named as
MORTGAGE ELECTRONIC REGISTRATION
GROUP

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT

---

JACK DENNIS CONROW, SR., v. MIRAD FINANCIAL GROUP, et al.; CIVIL NO. CV09-00492 DAE-KSC; **STIPULATION FOR DISMISSAL WITH PREJUDICE**